IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CHAPTER 7 |
| | ) | |
| GARY J. FIGURSKI, JR., | ) | 17-21305 |
| DENISE ANN FIGURSKI, | ) | |
| | ) | |
| Debtor(s). | ) | |

**PROOF OF SERVICE**

TO: See Attached

I, GINA B. KROL, state that copies of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object, were sent on September 11, 2018, by First Class U.S. Mail to the persons shown on the attached service list.

GINA B. KROL
COHEN & KROL
105 W. Madison, Ste 1100
Chicago, IL 60602
312-368-0300

BY:/s/ Gina B. Krol
Ch 7 Bankruptcy Trustee

Label Matrix for local noticing
0752-1
Case 17-21305
Northern District of Illinois
Chicago
Wed Aug 22 11:08:26 CDT 2018

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

U.S. Bankruptcy Court
Eastern Division
219 S Dearborn
7th Floor
Chicago, IL 60604-1702

American Medical Collection Agency
4 Westchester Plz
Suite 110
Elmsford, NY 10523-1615

Apria Healthcare
P.O. Box 3475
Toledo, OH 43607-0475

BlueCross Blueshield of Illinois
Dept 0038
Palatine, IL 60055-0001

(p)CAPITAL ONE
PO BOX 30285
SALT LAKE CITY UT 84130-0285

Capital One Bank (USA), N.A.
PO Box 71083
Charlotte, NC 28272-1083

Capital One, N.A.
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

Chase Card
P.O. Box 15298
Wilmington, DE 19850-5298

Chase Mortgage
P.O. Box 24696
Columbus, OH 43224-0696

Citi
P.O. Box 6190
Sioux Falls, SD 57117-6190

Citi Cards
P.O. Box 6497
Sioux Falls, SD 57117-6497

Comenity Bank/Carson's
3100 Easton Square Pl
Columbus, OH 43219-6232

Coventry Healthcare
PO BOX 2778
Bismark, ND 58502-2778

(p)DISCOVER FINANCIAL SERVICES LLC
PO BOX 3025
NEW ALBANY OH 43054-3025

Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH 43054-3025

First Data
265 Broad Hollow R
Melville, NY 11747-4833

First Data Global Leasing
by American InfoSource LP as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901

Huntington National Bank
PO Box 182519
Columbus, OH 43218-2519

Kohl's/Capital One
N56 W 17000 Ridgewood Dr.
Menomonee Falls, WI 53051-5660

Mayo Clinic
4500 San Pablo Rd.
Jacksonville, FL 32224-3899

NCC Nationwide
815 Commerce Drive
Oak Brook, IL 60523-8839

Northern Leasing Systems, Inc.
525 Washinton Blvd.
15th Floor
Jersey City, NJ 07310-2603

Northwestern Medicine
P.O. Box 4090
Carol Stream, IL 60197-4090

Ocean 22 Development, LLC
1000 2nd Avenue South
Ste 310
North Myrtle Beach, SC 29582-8105

PYOD, LLC its successors and assigns as assi
of Citibank, N.A.
Resurgent Capital Services
PO Box 19008
Greenville, SC 29602-9008

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Quantum3 Group LLC as agent for
Comenity Bank
PO Box 788
Kirkland, WA 98083-0788

State Collection Service
2509 S. Stoughton Road
Madison, WI 53716-3314

Synchrony Bank (Old Navy Visa Card)
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Synchrony Bank/Old Navy
P.O. Box 965005
Orlando, FL 32896-5005

The Huntington National Bank
PO Box 89424
Cleveland, OH 44101-6424

Denise Ann Figurski
32W226 Glos Street
Wayne, IL 60184-2119

Gary James Figurski Jr.
32W226 Glos Street
Wayne, IL 60184-2119

Gina B Krol
Cohen & Krol
105 West Madison St Ste 1100
Chicago, IL 60602-4600

Lawrence W Lobb
Drendel & Jansons Law Group
111 Flinn St.
Batavia, IL 60510-2471

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Capital One
15000 Capital One Dr
Richmond, VA 23238

Discover
P.O. Box 15316
Wilmington, DE 19850

Portfolio Recovery Associates, LLC
Successor to SYNCHRONY BANK
(OLD NAVY VISA CARD)
POB 41067
Norfolk VA 23541

End of Label Matrix
Mailable recipients   37
Bypassed recipients    0
Total                 37

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In Re:<br><br>FIGURSKI JR., GARY JAMES<br>FIGURSKI, DENISE ANN<br><br>Debtors | §<br>§<br>§ Case No. 17-21305 JSB<br>§<br>§<br>§ |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GINA B. KROL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
JEFFREY P. ALLSTEADT
219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 15 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 11:00 AM on 10/05/2018 in Courtroom 240,
Kane County Courthouse
100 S. Third Street
Geneva, IL
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 09/11/2018          By: Gina B. Krol
                                      Trustee


*GINA B. KROL*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In Re: §
§
FIGURSKI JR., GARY JAMES § Case No. 17-21305 JSB
FIGURSKI, DENISE ANN §
§
Debtors §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 43,467.51 |
| and approved disbursements of | $ | 76.55 |
| leaving a balance on hand of[1] | $ | 43,390.96 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: GINA B. KROL | $ 5,096.75 | $ 0.00 | $ 5,096.75 |
| Trustee Expenses: GINA B. KROL | $ 34.92 | $ 0.00 | $ 34.92 |
| Attorney for Trustee Fees: Cohen & Krol | $ 3,446.50 | $ 0.00 | $ 3,446.50 |
| Other: Cohen & Krol | $ 100.62 | $ 0.00 | $ 100.62 |

Total to be paid for chapter 7 administrative expenses $ 8,678.79

Remaining Balance $ 34,712.17

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) (Page: 2)

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 61,604.02 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 56.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | First Data Global Leasing<br>by American InfoSource LP as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118 | $ 540.59 | $ 0.00 | $ 304.61 |
| 000003 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | $ 10,307.32 | $ 0.00 | $ 5,807.89 |
| 000004 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | $ 19,436.17 | $ 0.00 | $ 10,951.75 |
| 000005 | Capital One, N.A.<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | $ 633.97 | $ 0.00 | $ 357.22 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000006 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services PO Box 19008 Greenville, SC 29602 | $ 11,121.56 | $ 0.00 | $ 6,266.69 |
| 000007 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services PO Box 19008 Greenville, SC 29602 | $ 10,140.36 | $ 0.00 | $ 5,713.81 |
| 000008 | Portfolio Recovery Associates, LLC Successor to SYNCHRONY BANK (OLD NAVY VISA CARD). POB 41067 Norfolk VA 23541 | $ 9,023.14 | $ 0.00 | $ 5,084.29 |
| 000009 | Quantum3 Group LLC as agent for Comenity Bank PO Box 788 Kirkland, WA 98083-0788 | $ 400.91 | $ 0.00 | $ 225.91 |

Total to be paid to timely general unsecured creditors     $     34,712.17

Remaining Balance     $     0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

UST Form 101-7-NFR (10/1/2010) *(Page: 4)*

     Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

     Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

     Prepared By: /s/GINA B. KROL
Trustee

GINA B. KROL
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010) *(Page: 5)*