# UNITED STATES BANKRUPTCY COURT
NORTHERN  DISTRICT OF  ILLINOIS

| | |
|---|---|
| In Re: § | |
| § | |
| FIGURSKI JR., GARY JAMES § | Case No. 17-21305 JSB |
| FIGURSKI, DENISE ANN § | |
| § | |
| Debtors § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GINA B. KROL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 338,013.50                       Assets Exempt: 14,850.41
*(Without deducting any secured claims)*

Total Distributions to Claimants: 34,712.17        Claims Discharged
                                                   Without Payment:  97,203.65

Total Expenses of Administration: 8,755.34

---

3) Total gross receipts of $ 43,467.51  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 43,467.51  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 385,710.70 | $ 20,080.25 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 8,755.34 | 8,755.34 | 8,755.34 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 70,311.80 | 61,604.02 | 61,604.02 | 34,712.17 |
| **TOTAL DISBURSEMENTS** | $ 456,022.50 | $ 90,439.61 | $ 70,359.36 | $ 43,467.51 |

    4) This case was originally filed under chapter 7 on 07/18/2017 . The case was pending for 16 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/07/2018          By:/s/GINA B. KROL
                                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Education IRA: CollegeBound 529 | 1129-000 | 11,909.94 |
| INHERITANCE | 1229-000 | 11,046.46 |
| Life Insurance | 1229-000 | 20,511.11 |
| **TOTAL GROSS RECEIPTS** | | **$43,467.51** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Mortgage P.O. Box 24696 Columbus, OH 43224 | | 349,849.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | First Data 265 Broad Hollow R Melville, NY 11747 | | 415.00 | NA | NA | 0.00 |
| | Huntington National Bank PO Box 182519 Columbus, OH 43218 | | 21,033.20 | NA | NA | 0.00 |
| | Ocean 22 Development,LLC 1000 2nd Avenue South Ste 310 North Myrtle Beach, SC 29582 | | 14,413.50 | NA | NA | 0.00 |
| 000001 | THE HUNTINGTON NATIONAL BANK | 4120-000 | NA | 20,080.25 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $ 385,710.70 | $ 20,080.25 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TRUSTEE COMPENSATION:GINA B. KROL | 2100-000 | NA | 5,096.75 | 5,096.75 | 5,096.75 |
| TRUSTEE EXPENSES:GINA B. KROL | 2200-000 | NA | 34.92 | 34.92 | 34.92 |
| ASSOCIATED BANK | 2600-000 | NA | 76.55 | 76.55 | 76.55 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ATTORNEY FOR TRUSTEE FEES (TRUSTEE FIRM):COHEN & KROL | 3110-000 | NA | 2,297.66 | 2,297.66 | 2,297.66 |
| ATTORNEY FOR TRUSTEE EXPENSES (TRUSTEE FIRM):COHEN & KROL | 3120-000 | NA | 100.62 | 100.62 | 100.62 |
| ACCOUNTANT FOR TRUSTEE FEES (TRUSTEE FIRM):GINA B. KROL | 3310-000 | NA | 1,148.84 | 1,148.84 | 1,148.84 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 8,755.34 | $ 8,755.34 | $ 8,755.34 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Apria Healthcare P.O. Box 3475 Toledo, OH 43607 | | 96.68 | NA | NA | 0.00 |
| | BlueCross Blueshield of Illinois Dept 0038 Palatine, IL 60055 | | 1,035.00 | NA | NA | 0.00 |
| | Capital One 15000 Capital One Dr Richmond, VA 23238 | | 17,994.00 | NA | NA | 0.00 |
| | Chase Card P.O. Box 15298 Wilmington, DE 19850 | | 3,178.00 | NA | NA | 0.00 |
| | Citi P.O. Box 6190 Sioux Falls, SD 57117 | | 10,754.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citi Cards P.O. Box 6497 Sioux Falls, SD 57117 | | 9,980.00 | NA | NA | 0.00 |
| | Comenity Bank/Carson's 3100 Easton Square Pl Columbus, OH 43219 | | 523.00 | NA | NA | 0.00 |
| | Coventry Healthcare PO BOX 2778 Bismark, ND 58502 | | 246.43 | NA | NA | 0.00 |
| | Discover P.O. Box 15316 Wilmington, DE 19850 | | 9,838.00 | NA | NA | 0.00 |
| | Kohl's/Capital One N56 W 17000 Ridgewood Dr. Menomonee Falls, WI 53051 | | 315.00 | NA | NA | 0.00 |
| | Mayo Clinic 4500 San Pablo Rd. Jacksonville, FL 32224 | | 291.42 | NA | NA | 0.00 |
| | NCC Nationwide 815 Commerce Drive Oak Brook, IL 60523 | | 319.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Northern Leasing Systems, Inc. 525 Washinton Blvd. 15th Floor Jersey City, NJ 07310 | | 4,380.56 | NA | NA | 0.00 |
| | Northwestern Medicine P.O. Box 4090 Carol Stream, IL 60197 | | 346.43 | NA | NA | 0.00 |
| | State Collection Service 2509 S. Stoughton Road Madison, WI 53716 | | 2,454.52 | NA | NA | 0.00 |
| | Synchrony Bank/Old Navy P.O. Box 965005 Orlando, FL 32896 | | 8,559.76 | NA | NA | 0.00 |
| 000004 | CAPITAL ONE BANK (USA), N.A. | 7100-900 | NA | 19,436.17 | 19,436.17 | 10,951.75 |
| 000005 | CAPITAL ONE, N.A. | 7100-900 | NA | 633.97 | 633.97 | 357.22 |
| 000003 | DISCOVER BANK | 7100-900 | NA | 10,307.32 | 10,307.32 | 5,807.89 |
| 000002 | FIRST DATA GLOBAL LEASING | 7100-900 | NA | 540.59 | 540.59 | 304.61 |
| 000008 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 7100-900 | NA | 9,023.14 | 9,023.14 | 5,084.29 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000006 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | 7100-900 | NA | 11,121.56 | 11,121.56 | 6,266.69 |
| 000007 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | 7100-900 | NA | 10,140.36 | 10,140.36 | 5,713.81 |
| 000009 | QUANTUM3 GROUP LLC AS AGENT FOR | 7100-900 | NA | 400.91 | 400.91 | 225.91 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 70,311.80 | $ 61,604.02 | $ 61,604.02 | $ 34,712.17 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 17-21305 | JSB | Judge: JANET S. BAER | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|---|
| Case Name: | FIGURSKI JR., GARY JAMES | | | Date Filed (f) or Converted (c): | 07/18/17 (f) |
| | FIGURSKI, DENISE ANN | | | 341(a) Meeting Date: | 08/15/17 |
| For Period Ending: | 11/07/18 | | | Claims Bar Date: | 12/28/17 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Single-family home, 32w226 Glos StWayne IL 60184- | 300,000.00 | 0.00 | | 0.00 | FA |
| 2. Timeshare, Myrtle Beach, SC. 2200 North Ocean Blv | 14,413.50 | 0.00 | | 0.00 | FA |
| 3. 2004 Ford F-150 (Fair Condition) mileage: 142,000 | 4,000.00 | 0.00 | | 0.00 | FA |
| 4. 1997 Jeep Cherokee (Low Fair Condition) mileage: 1 | 500.00 | 0.00 | | 0.00 | FA |
| 5. 2013 Lowe SD-190 (Open bow deck boat with trailer) | 14,500.00 | 0.00 | | 0.00 | FA |
| 6. Misc. Household Furnishings | 6,000.00 | 0.00 | | 0.00 | FA |
| 7. Misc. Electronics | 2,000.00 | 0.00 | | 0.00 | FA |
| 8. Misc. Collectible Art | 500.00 | 0.00 | | 0.00 | FA |
| 9. Misc. Sports Equipment | 100.00 | 0.00 | | 0.00 | FA |
| 10. Misc. Necessary Wearing Apparel | 1,500.00 | 0.00 | | 0.00 | FA |
| 11. Misc. Jewelry | 3,200.00 | 0.00 | | 0.00 | FA |
| 12. The Private Bank checking | 1,200.00 | 0.00 | | 0.00 | FA |
| 13. The Private Bank savings | 500.00 | 0.00 | | 0.00 | FA |
| 14. Stock: IBM (16 shares) | 2,462.40 | 0.00 | | 0.00 | FA |
| 15. Financial Account: IRA | 1,350.41 | 0.00 | | 0.00 | FA |
| 16. Education IRA: CollegeBound 529 | 10,852.16 | 10,214.56 | | 11,909.94 | FA |
| 17. Insurance: Glaic (Term Life Insurance), Beneficiar | 0.00 | 0.00 | | 0.00 | FA |
| 18. INHERITANCE (u) | Unknown | 0.00 | | 11,046.46 | FA |
| 19. Life Insurance (u) | 0.00 | 20,511.11 | | 20,511.11 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $363,078.47 | $30,725.67 | | $43,467.51 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

LFORM1

**UST Form 101-7-TDR (10/1/2010)** *(Page: 10)*

Ver: 20.02

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit 8

| | | |
|---|---|---|
| Case No: | 17-21305    JSB    Judge: JANET S. BAER | Trustee Name:     GINA B. KROL |
| Case Name: | FIGURSKI JR., GARY JAMES | Date Filed (f) or Converted (c):  07/18/17 (f) |
| | FIGURSKI, DENISE ANN | 341(a) Meeting Date:   08/15/17 |
| | | Claims Bar Date:    12/28/17 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee is waiting for checks to clear and will file the TDR
October 19, 2018, 01:35 pm

Trustee continues to investigate inheritance and seeks addtional information
October 10, 2017, 03:54 pm

Trustee received requested accounting.  Debtor to receive inheritance.
September 18, 2017, 11:43 am

Docs Received
Debtors sold auto repair business 2 years ago. Trustee requested accounting of sales proceeds. Wife received SSI
settlement. Trustee requested accounting.

Initial Projected Date of Final Report (TFR): 12/31/18      Current Projected Date of Final Report (TFR): 12/31/18

         /s/    GINA B. KROL
_____ Date: 11/07/18
         GINA B. KROL

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 17-21305 -JSB |
| Case Name: | FIGURSKI JR., GARY JAMES |
| | FIGURSKI, DENISE ANN |
| Taxpayer ID No: | *******0060 |
| For Period Ending: | 11/07/18 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******8234  Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/12/18 | 19 | MetLife<br>PO Box 6100<br>Scranton, PA  18505 | Life Insurance | 1229-000 | 20,511.11 | | 20,511.11 |
| 06/14/18 | 16 | College Bound 529<br>PO Box 55987<br>Boston, MA  02205 | Liquidation of Account | 1129-000 | 11,909.94 | | 32,421.05 |
| 07/09/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 28.39 | 32,392.66 |
| 08/07/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 48.16 | 32,344.50 |
| 08/20/18 | 18 | Estate of Gary Figurski<br>10 N 815 Lakeside Ct.<br>Elgin, IL 60124 | INHERITANCE | 1229-000 | 11,046.46 | | 43,390.96 |
| 10/05/18 | 030001 | Cohen & Krol<br>105 W. Madison St., Ste. 1100<br>Chicago, IL 60602 | Final Distribution<br>Attorneys' Fees | 3110-000 | | 2,297.66 | 41,093.30 |
| 10/05/18 | 030002 | Cohen & Krol<br>105 W. Madison St., Ste. 1100<br>Chicago, IL 60602 | Final Distribution<br>Attorneys' Expenses | 3120-000 | | 100.62 | 40,992.68 |
| 10/05/18 | 030003 | Gina B. Krol<br>105 W. Madison St., Ste. 1100<br>Chicago, IL 60602 | Final Distribution<br>Trustee Fees | 2100-000 | | 5,096.75 | 35,895.93 |
| 10/05/18 | 030004 | Gina B. Krol<br>105 W. Madison St., Ste. 1100<br>Chicago, IL 60602 | Final Distribution<br>Trustee Expenses | 2200-000 | | 34.92 | 35,861.01 |
| 10/05/18 | 030005 | Gina B. Krol<br>105 W. Madison St., Ste. 1100<br>Chicago, IL 60602 | Final Distribution<br>Attorneys'  Fees | 3310-000 | | 1,148.84 | 34,712.17 |
| 10/05/18 | 030006 | First Data Global Leasing<br>by American InfoSource LP as agent<br>4515 N Santa Fe Ave | Final Distribution | 7100-900 | | 304.61 | 34,407.56 |
| | | | Page Subtotals | | 43,467.51 | 9,059.95 | |

Ver: 20.02

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 12)*

FORM 2                                                                                                      Page: 2
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                                            Exhibit 9

| Case No: | 17-21305 -JSB | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | FIGURSKI JR., GARY JAMES | Bank Name: | ASSOCIATED BANK |
| | FIGURSKI, DENISE ANN | Account Number / CD #: | *******8234  Checking Account |
| Taxpayer ID No: | *******0060 | | |
| For Period Ending: | 11/07/18 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Oklahoma City, OK 73118 | | | | |
| 10/05/18 | 030007 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | Final Distribution | 7100-900 | | 5,807.89 | 28,599.67 |
| 10/05/18 | 030008 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Final Distribution | 7100-900 | | 10,951.75 | 17,647.92 |
| 10/05/18 | 030009 | Capital One, N.A.<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Final Distribution | 7100-900 | | 357.22 | 17,290.70 |
| 10/05/18 | 030010 | PYOD, LLC its successors and assigns as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Final Distribution | 7100-900 | | 6,266.69 | 11,024.01 |
| 10/05/18 | 030011 | PYOD, LLC its successors and assigns as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Final Distribution | 7100-900 | | 5,713.81 | 5,310.20 |
| 10/05/18 | 030012 | Portfolio Recovery Associates, LLC<br>Successor to SYNCHRONY BANK<br>(OLD NAVY VISA CARD)<br>POB 41067<br>Norfolk VA 23541 | Final Distribution | 7100-900 | | 5,084.29 | 225.91 |
| 10/05/18 | 030013 | Quantum3 Group LLC as agent for | Final Distribution | 7100-900 | | 225.91 | 0.00 |

Page Subtotals                                                             0.00                34,407.56

Ver: 20.02

LFORM24
**UST Form 101-7-TDR (10/1/2010)** *(Page: 13)*

FORM 2

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 17-21305 -JSB |
| Case Name: | FIGURSKI JR., GARY JAMES |
| | FIGURSKI, DENISE ANN |
| Taxpayer ID No: | *******0060 |
| For Period Ending: | 11/07/18 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******8234 Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | (9-1) Money Loaned | | | | |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 43,467.51 | 43,467.51 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 43,467.51 | 43,467.51 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 43,467.51 | 43,467.51 | |

Page Subtotals      0.00      0.00

Ver: 20.02

Page: 4

Exhibit 9

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 17-21305 -JSB | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | FIGURSKI JR., GARY JAMES | | Bank Name: | Axos Bank |
| | FIGURSKI, DENISE ANN | | Account Number / CD #: | *******0100 Checking Account |
| Taxpayer ID No: | *******0060 | | | |
| For Period Ending: | 11/07/18 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 0.00 | 0.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 0.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 0.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********8234 | 43,467.51 | 43,467.51 | 0.00 |
| Checking Account - ********0100 | 0.00 | 0.00 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 43,467.51 | 43,467.51 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     0.00     0.00

Ver: 20.02

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 15)*